IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-106-D

| | | |
|---|---|---|
| JONATHAN DAVID SCHMIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PETER DE BEST, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On June 12, 2017, plaintiff filed a motion to request a gag order [D.E. 23]. The motion [D.E. 23] lacks merit and is DENIED.

SO ORDERED. This **20** day of June 2017.

JAMES C. DEVER III
Chief United States District Judge